1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5

6  Attorneys for Mr. Hernandez-Garcia

7

8                     UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Case No. 08mj0224
                                           )
12              Plaintiff,            )
                                           )
13 v.                                   )   PROOF OF SERVICE
                                           )
14 **JUAN HERNANDEZ-GARCIA**,      )
                                           )
15             Defendant.          )
                                           )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20       **Assistant United States Attorney**
        efile.dkt.gc1@usdoj.gov
21

22 Dated: January 30, 2008                    *s/ Bridget L. Kennedy*
                                             **BRIDGET L. KENNEDY**
23                                              Federal Defenders
                                             225 Broadway, Suite 900
24                                            San Diego, CA 92101-5030
                                             (619) 234-8467 (tel)
25                                            (619) 687-2666 (fax)
                                             e-mail:bridget_kennedy@fd.org
26

27

28