AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FEB 2 1 2008

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFOR
BY                                    DE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 08CR0488-H |
| JUAN HERNANDEZ-GARCIA | CASE NUMBER: 08MJ0224 |

I, _JUAN HERNANDEZ-GARCIA_, the above named defendant, who is accused of

committing the following offense:

      Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);  Title 8, U.S.C., Sec. 1325 -
      Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___2/21/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
      JUDICIAL OFFICER