1  **BRIDGET KENNEDY**
   California State Bar No.253416
2  225 Broadway, Suite 900
   San Diego, CA 92101-5030
3  (619) 234-8467/Fax: (619) 687-2666
   E-Mail: Bridget_Kennedy@fd.org
4

5  Attorneys for Mr. Hernandez-Garcia

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE MARILYN L. HUFF)**

11  | UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0488-MLH |
    |---|---|---|
12  | Plaintiff, | ) | DATE: APRIL 1, 2008 |
    |  | ) | TIME: 2:00 P.M. |
13  | v. | ) |  |
    |  | ) | NOTICE OF MOTIONS AND MOTIONS |
14  |  | ) | TO: |
    | JUAN HERNANDEZ-GARCIA, | ) |  |
15  |  | ) | (1) COMPEL DISCOVERY/PRESERVE |
    |  | ) |     EVIDENCE; |
16  | Defendant. | ) | (2) SUPPRESS STATEMENTS; AND |
    |  | ) | (3) GRANT LEAVE TO FILE FURTHER |
17  |  | ) |     MOTIONS |

18  TO:   KAREN HEWITT, UNITED STATES ATTORNEY, AND
         MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:
19

20      PLEASE TAKE NOTICE that on April 1, 2008 at 2:00 p.m, or as soon thereafter as counsel

21  may be heard, defendant, Juan Hernandez-Garcia, by and through his attorneys, Bridget Kennedy

22  and Federal Defenders of San Diego Inc., will ask this Court to enter an order granting the following

23  motions.

24

25

26

27

28

                                                                                    08CR0488-MLH

# MOTIONS

Defendant, Juan Hernandez-Garcia, by and through his attorneys, Bridget Kennedy and Federal Defenders of San Diego Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery/Preserve Evidence;
(2) Suppress Statements; and
(3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

/s/ Bridget Kennedy
Dated:   March 18, 2008      **BRIDGET KENNEDY**
**Federal Defenders of San Diego, Inc.**
Attorneys for Mr. Hernandez-Garcia
Bridget_Kennedy@fd.org