# MINUTES OF THE UNITED STATES DISTRICT COURT

08CR488-H

USA v.   JUAN HERNANDEZ-GARCIA   [1]         08CR488-H

The Honorable:   RUBEN B. BROOKS

Atty   BRIDGET KENEDY OF F.D.         for   [1]   -   PDA

Atty   _____        for   []    -

Atty   _____        for   []    -

TAPE NO. - RBB08-1:1104-1109   *2 min*

GVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED.
ALL PENDING DATES VACATED.
ISSUED ABSTRACT TO USM.

Date:   04/10/08

END OF FORM                                    by   VTL