UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED
08 APR 16 AM 11:37

DEPUTY

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

JUAN HERNANDEZ-GARCIA,

         Defendant.

CASE NO. 08CR0488-H

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: _as charged in the Information._

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/10/08

RUBEN B. BROOKS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____